SEALED

E-FILED
Monday, 22 August, 2022 11:41:31 AM
Clerk, U.S. District Court, ILCD

AUG 0 2 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                             ) | |
| Plaintiff,                  ) | Criminal No. 22-CR-30040 |
|                             ) | 18 U.S.C. §922(d); |
| v.                          ) | 18 U.S.C. § 922(g)(1) |
|                             ) | |
| AUDREY OHNEMUS,             ) | |
|                             ) | |
| Defendant.                  ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT ONE
**(Sale or Transfer to a Prohibited Person)**

On or about July 17, 2022, in Adams County, Illinois in the Central District of Illinois, the defendant,

AUDREY OHNEMUS,

knowingly transferred a firearm, that is a Glock 19 semi-automatic handgun serial number BAZM066, to Murquise D. Wooden, knowing and having reasonable cause to believe that Wooden was a prohibited person in that Wooden had been previously convicted of a felony offense.

In violation of Title 18, United States Code, Section 922(d).

## COUNT TWO
## (Aid and Abet Felon in Possession of a Firearm)

On or about July 17, 2022, in Adams County, Illinois in the Central District of Illinois, the defendant,

AUDREY OHNEMUS,

knowing that Murquise D. Wooden was a prohibited person who had been previously convicted of a felony offense, did knowingly aid and abet Wooden's possession of a firearm, a Glock 19 semi-automatic handgun serial number BAZM066, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2 and 922(g)(1).

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in this Indictment, the defendant,

AUDREY OHNEMUS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and all ammunition seized during this investigation involved in the commission of said offenses, including, but not limited to, the firearm identified in the foregoing counts of this Indictment.

A TRUE BILL,

s/Foreperson
FOREPERSON

s/Sarah E Seberger
GREGORY K. HARRIS
UNITED STATES ATTORNEY
ses